DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STIPULATION

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. 4-19-71887 MAG |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | EDUARDO GUZMAN TORRES, ) | |
| 5 | a/k/a "Miguel" a/k/a "Mikey" a/k/a "Michael" a/k/a "Ramon Guzman- | |
| 6 | Jimenez" a/k/a "Fortino" a/k/a "Ramon Jimenez" a/k/a "Fabian Cisneros" a/k/a | |
| 7 | "Hernan Torres Garcia" a/k/a "Mono" a/k/a "Potes" a/k/a "Alex;" | |
| 8 | JUAN DIEGO GALLEGOS-MOYA; ERNESTO OCHOA; | |
| 9 | ALFREDO TAPIA SANDOVAL, | |
| 10 | a/k/a "Fredi Tapia-Sandoval;" MARCOS ALVAREZ CORONA; | |
| 11 | ANTONIO RAMIREZ-JIMENEZ; JOSE ROSA-PEREZ, and | |
| 12 | ANGEL RINCON-MENETA, | |
| 13 | Defendants. | |
| 14 | UNITED STATES OF AMERICA, | NO. 4-19-71920 MAG |
| 15 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATING PRELIMINARY HEARING |
| 16 | v. | |
| 17 | TERESA GUZMAN RODRIGUEZ, | |
| 18 | Defendant. | |

A preliminary hearing and arraignment are set for December 6, 2019, for defendants EDUARDO GUZMAN TORRES and TERESA GUZMAN RODRIGUEZ. The grand jury returned an indictment as to both defendants today. The parties therefore stipulate and agree that the preliminary hearing should be vacated as to both defendants. The parties further agree that the arraignment for both defendants should be reset for 10:30 a.m. on December 9, 2019, when the detention hearing for TERESA GUZMAN RODRIGUEZ will be held before the Court.

//

//

//

STIPULATION

**SO STIPULATED**

Dated: December 5, 2019

/s/
RYAN REZAEI
Assistant U.S. Attorney

Dated: December 5, 2019

/s/
ERIK BABCOCK
Attorney for Defendant
TERESA GUZMAN RODRIGUEZ

Dated: December 5, 2019

/s/
JEROME MATHEWS
Attorney for Defendant
EDUARDO GUZMAN

## **[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the Court HEREBY ORDERS that the preliminary hearings and arraignments for EDUARDO GUZMAN TORRES and TERESA GUZMAN RODRIGUEZ, which are currently scheduled for December 6, 2019, are vacated. The Court orders that their arraignments on the indictment are set for Monday, December 9, 2019, during the Court's 10:30 a.m. calendar.

IT IS SO ORDERED.

DATED:

HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION